STATE v. John G. CLEVELAND. (1 Div. 567.) (Court of Appeals of Alabama. April 15, 1924.) Appeal from Circuit Court, Mobile County; Saffold Berney, Judge. Habeas corpus to fix bail. Harwell G. Davis, Atty. Gen., for the State. Inge & Bates, of Mobile, for appellee.

FOSTER, J. Appeal dismissed on motion of appellant.

(99 South. 927)

STATE v. STONEWALL J. CLEVELAND, Jr. (1 Div. 568.) (Court of Appeals of Alabama. April 15, 1924.) Appeal from Circuit Court, Mobile County; Saffold Berney, Judge. Habeas corpus to fix bail. Harwell G. Davis, Atty. Gen., for the State. Inge & Bates, of Mobile, for appellee.

FOSTER, J. Appeal dismissed on motion of appellant.

(97 South. 925)

STATE of Alabama and Coffee County v. W. L. COSTON. (4 Div. 830.) (Court of Appeals of Alabama. July 10, 1923.) Appeal from Circuit Court, Coffee County; Arthur B. Foster, Judge. W. W. Sanders, of Elba, for appellants. M. A. Owen, of Elba, and M. S. Carmichael, of Montgomery, for appellee.

BRICKEN, P. J. Affirmed, on authority of State of Alabama and Coffee County v. B. W. Page, ante, p. 303, 97 South. 244, as per agreement.

(97 South. 925)

STATE of Alabama and Coffee County v. DORSEY BROS. (4 Div. 839.) (Court of Appeals of Alabama. July 10, 1923.) Appeal from Circuit Court, Coffee County; Arthur B. Foster, Judge. W. W. Sanders, of Elba, for appellants. M. A. Owen, of Elba, and M. S. Carmichael, of Montgomery, for appellee.

FOSTER, J. Affirmed, on authority of State of Alabama and Coffee County v. B. W. Page, ante, p. 303, 97 South. 244, as per agreement.

(97 South. 925)

STATE of Alabama and Coffee County v. J. M. ELMORE. (4 Div. 837.) (Court of Appeals of Alabama. July 10, 1923.) Appeal from Circuit Court, Coffee County; Arthur B. Foster, Judge. W. W. Sanders, of Elba, for appellants. M. A. Owen, of Elba, and M. S. Carmichael, of Montgomery, for appellee.

SAMFORD, J. Affirmed, on authority of State of Alabama and Coffee County v. B. W. Page, ante, p. 303, 97 South. 244, as per agreement.

(97 South. 925)

STATE of Alabama and Coffee County v. W. I. ENGLISH. (4 Div. 833.) (Court of Appeals of Alabama, July 10, 1923.) Appeal from Circuit Court, Coffee County; Arthur B. Foster, Judge. W. W. Sanders, of Elba, for appellants. M. A. Owen, of Elba, and M. S. Carmichael, of Montgomery, for appellee.

BRICKEN, P. J. Affirmed, on authority of State of Alabama and Coffee County v. B. W. Page, ante, p. 303, 97 South. 244, as per agreement.

(97 South. 925)

STATE of Alabama and Coffee County v. Nettie FLOURNOY. (4 Div. 831.) (Court of Appeals of Alabama. July 10, 1923.) Appeal from Circuit Court, Coffee County; Arthur B. Foster, Judge. W. W. Sanders, of Elba, for appellants. M. A. Owen, of Elba, and M. S. Carmichael, of Montgomery, for appellee.

SAMFORD, J. Affirmed, on authority of State of Alabama and Coffee County v. B. W. Page, ante, p. 303, 97 South. 244, as per agreement.

(97 South. 925)

STATE of Alabama and Coffee County v. J. M. GARRETT. (4 Div. 823.) (Court of Appeals of Alabama. July 10, 1923.) Appeal from Circuit Court, Coffee County; Arthur B. Foster, Judge. W. W. Sanders, of Elba, for appellants. M. A. Owen, of Elba, and M. S. Carmichael, of Montgomery, for appellee.

FOSTER, J. Affirmed, on authority of State of Alabama and Coffee County v. B. W. Page, ante, p. 303, 97 South. 244, as per agreement.

(97 South. 925)

STATE of Alabama and Coffee County v. Jessie H. HAM. (4 Div. 821.) (Court of Appeals of Alabama. July 10, 1923.) Appeal from Circuit Court, Coffee County; Arthur B. Foster, Judge. W. W. Sanders, of Elba, for appellants. M. A. Owen, of Elba, and M. S. Carmichael, of Montgomery, for appellee.

BRICKEN, P. J. Affirmed, on authority of State of Alabama and Coffee County v. B. W. Page, ante, p. 303, 97 South. 244, as per agreement.

(97 South. 925)

STATE of Alabama and Coffee County v. Bicker HAM. (4 Div. 822.) (Court of Appeals of Alabama. July 10, 1923.) Appeal from Circuit Court, Coffee County; Arthur B. Foster, Judge. W. W. Sanders, of Elba, for appellants. M. A. Owen, of Elba, and M. S. Carmichael, of Montgomery, for appellee.

SAMFORD, J. Affirmed, on authority of State of Alabama and Coffee County v. B. W. Page, ante, p. 303, 97 South. 244, as per agreement.

(97 South. 925)

STATE of Alabama and Coffee County v. P. J. HAM. (4 Div. 828.) (Court of Appeals of Alabama. July 10, 1923.) Appeal from Circuit Court, Coffee County; Arthur B. Foster, Judge. W. W. Sanders, of Elba, for appellants. M. A. Owen, of Elba, and M. S. Carmichael, of Montgomery, for appellee.

SAMFORD, J. Affirmed, on authority of State of Alabama and Coffee County v. B. W. Page, ante, p. 303, 97 South. 244, as per agreement.